Order Filed on
11/1/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| RIKER, DANZIG, SCHERER, HYLAND<br> & PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Kevin J. Larner (KL-8627)<br>Tara J. Schellhorn (TS-8155)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br><br>Proposed Counsel to Debtor | |
| In re:<br><br>RARITAN HOSPITALITY, LLC,<br><br>                            Debtor. | Chapter 11<br><br>Hon. Kathryn C. Ferguson, U.S.B.J.<br><br>Case No. 10-42099 (KCF) |

**INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL, PROVIDING<br>ADEQUATE PROTECTION AND SETTING A FINAL HEARING**

The relief set forth on the following pages numbered two (2) through four (4) is hereby **ORDERED.**

**DATED: 11/1/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtor:           RARITAN HOSPITALITY, LLC
Case Nos.:        10-42099 (KCF)
Caption of Order: INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING A FINAL HEARING

Upon the Debtor's Motion[1] for entry of interim and final orders pursuant to 11 U.S.C. §§ 105, 361 and 363 and Fed. R. Bankr. P. 4001 approving the use of cash collateral, providing adequate protection and setting a final hearing pursuant to Fed. R. Bankr. P. 4001 (the "Motion"); and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) good and sufficient notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED that:** *revenues constitute Cash Collateral,*

1. **Use of Cash Collateral.** The Debtor is authorized, in accordance with the cash collateral budget attached hereto as Exhibit "A" *as modified on the record on November 1, 2010* (the "Budget"), to use Lifco's Cash Collateral, *to the extent Debtor's* nunc pro tunc to the Petition Date *through November 10, 2010*. ~~For the purposes of this Order, the term "Cash Collateral" is limited only to those~~ funds collected by the Debtor on account of the Debtor's renting of its Real Property, ~~which totals $22,678 per month. The Debtor's other~~ revenues do not ~~constitute Lifco's cash collateral, and the Debtor is entitled to use~~ those revenues in its ~~operations.~~

2. ~~**Adequate Protection.**~~ *Lifco consents to the interim use of cash* ~~The Debtor's use of Lifco's Cash Collateral as is~~ *collateral as set forth herein without prejudice to any* ~~set forth in the Budget, so as to maintain the value of Lifco's collateral, shall be deemed~~ *of its legal rights and/or remedies, if any.* ~~sufficient adequate protection for any diminution in the value of Lifco's collateral. For purposes~~

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4082995.1

Page 3
Debtor:            RARITAN HOSPITALITY, LLC
Case Nos.:         10-42099 (KCF)
Caption of Order:  INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING A FINAL HEARING

---

~~of this Order, Lifco shall only be entitled to adequate protection for the Debtor's use of its Cash Collateral, as defined herein. The Debtor's use of non-rental revenue generated by the Debtor's business, including Hotel room receipts, which do not constitute Lifco's Cash Collateral, shall be freely permitted and the Debtor shall not be required to provide Lifco with any further or additional adequate protection.~~

3.   **Reservation of Rights.** ~~By granting Lifco the adequate protection specified herein,~~ The Debtor does not waive, and expressly reserves, its rights to contest the validity, extent and/or priority of Lifco's mortgage, liens and security interests in the Debtor's property, and to assert any other claims.

4.   **Final Hearing.** A final hearing on the Motion shall be held on November 10, 2010, at 10:00 a.m., in the courtroom of the Honorable Kathryn C. Ferguson, U.S.B.J., Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608. All objections to the Motion and the entry of a final order granting the Motion shall be filed and served by not later than November 8, 2010 at ~~4:00 p.m.~~ noon (12:00 pm). In the event no objections are timely filed, this Order shall continue in full force and effect and shall be deemed a final order without further notice or hearing in accordance with Fed. R. Bankr. P. 4001(d)(3).

5.   **Notice of Order.** Within one (1) business day of the entry of this Order, the Debtor shall serve, or cause to be served, a copy of this order by first class mail upon (i) the Office of the United States Trustee; (ii) the United States Securities and Exchange Commission; (iii) the Office of the United States Attorney for the District of New Jersey; (iv) the Internal Revenue Service; (v) the Debtor's twenty (20) largest unsecured creditors; (vi) counsel to Lifco; and (vii) all parties who entered a notice of appearance pursuant to Fed. R. Bankr. P. 2002.

4082995.1

*Approved by Judge Kathryn C. Ferguson November 01, 2010*

Page 4
Debtor:         RARITAN HOSPITALITY, LLC
Case Nos.:      10-42099 (KCF)
Caption of Order: INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL, PROVIDING ADEQUATE PROTECTION AND SETTING A FINAL HEARING

---

      6.    **Immediate Effect.**  This Order shall be effective immediately upon its entry.

# EXHIBIT A

Case 10-42099-KCF    Doc 20    Filed 11/01/10    Entered 11/01/10 14:08:18    Desc Main
Case 10-42099-KCF    Doc 9-1    Filed 10/22/10    Entered 10/22/10 17:08:32    Desc
Document    Page 6 of 6

Raritan Hospitality, LLC Case No. 10-42099 (KCF)
Proposed Interim Order    Page 6 of 6

| | Wk1 10/17/10 - 10/23/10 | Wk2 10/24/10 - 10/30/10 | Wk3 10/31/10 - 11/6/10 | Wk4 11/7/10 - 11/13/10 | Wk5 11/14/10 - 11/20/10 | Wk6 11/21/10 - 11/27/10 | Wk7 11/28/10 - 12/4/10 | Wk8 12/5/10 - 12/11/10 | Wk9 12/12/10 - 12/18/10 | Wk10 12/19/10 - 12/25/10 | Wk11 12/26/10 - 1/1/11 | Wk12 1/2/11 - 1/8/11 | 12 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ 173,060 | $ 190,072 | $ 116,194 | $ 187,809 | $ 178,862 | $ 178,475 | $ 196,903 | $ 274,284 | $ 236,212 | $ 227,475 | $ 191,403 | $ 239,961 | $ 173,060 |
| **Income** | | | | | | | | | | | | | |
| Food & Banquet Revenue | $ 18,475 | $ 15,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 15,000 | $ 15,000 | $ 15,000 | $ 18,000 | $ 25,000 | $ 18,000 | $ 211,475 |
| Liquor Revenue | $ 1,750 | $ 1,750 | $ 1,750 | $ 1,600 | $ 1,600 | $ 1,600 | $ 1,750 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,750 | $ 19,550 |
| Restaurant- rent | | | $ 12,078 | | | | $ 12,078 | | | | | $ 12,078 | $ 36,234 |
| Restaurant- utilities | | | $ 18,000 | | | | $ 18,000 | | | | | $ 18,000 | $ 54,000 |
| Other Rental Revenue | | | $ 10,600 | | | | $ 10,600 | | | | | $ 10,600 | $ 31,800 |
| Room Revenue | $ 51,250 | $ 51,250 | $ 51,250 | $ 45,000 | $ 45,000 | $ 45,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 528,750 |
| Other Revenue | $ 3,605 | $ 3,605 | $ 3,605 | $ 3,680 | $ 2,680 | $ 2,680 | $ 2,170 | $ 2,180 | $ 2,180 | $ 2,180 | $ 2,180 | $ 3,605 | $ 34,350 |
| **Total Income** | $ 75,080 | $ 71,605 | $ 115,283 | $ 68,280 | $ 67,280 | $ 67,280 | $ 99,598 | $ 58,680 | $ 58,680 | $ 61,680 | $ 68,680 | $ 104,033 | $ 916,159 |
| **Expenses** | | | | | | | | | | | | | |
| Food & Banquet Cost | $ 1,375 | $ 1,375 | $ 1,375 | $ 1,400 | $ 1,400 | $ 1,400 | $ 1,400 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 16,475 |
| Liquor Cost | $ 875 | $ 875 | $ 875 | $ 900 | $ 900 | $ 900 | $ 900 | $ 700 | $ 700 | $ 700 | $ 700 | $ 700 | $ 9,725 |
| Other Misc. Costs | $ 1,250 | $ 1,250 | $ 1,250 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 1,350 | $ 16,500 |
| Housekeeping Supplies | $ 4,500 | $ 4,500 | $ 4,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 4,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 3,000 | $ 43,000 |
| Laundry Supplies | $ 375 | $ 375 | $ 375 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 4,725 |
| Bank Service Charges | | $ 200 | | | | | $ 350 | | | | | $ 350 | $ 900 |
| Credit Card Charges | | | $ 6,000 | | | | $ 6,000 | | | | | $ 6,000 | $ 18,000 |
| Equipment Rental | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 507 | $ 6,084 |
| Gas/Deisel Expense | $ 315 | $ 315 | $ 315 | $ 400 | $ 400 | $ 450 | $ 400 | $ 350 | $ 450 | $ 350 | $ 400 | $ 375 | $ 4,205 |
| Office Expense | $ 400 | $ 400 | $ 400 | $ 500 | $ 500 | $ 500 | $ 500 | $ 450 | $ 450 | $ 450 | $ 450 | $ 450 | $ 5,050 |
| Office Supplies | $ 315 | $ 315 | $ 315 | $ 425 | $ 425 | $ 425 | $ 425 | $ 375 | $ 375 | $ 375 | $ 375 | $ 375 | $ 4,205 |
| payroll | | $ 28,000 | | $ 25,000 | | $ 25,000 | | $ 25,000 | | $ 25,000 | | $ 30,000 | $ 158,000 |
| Payroll Service Charges | | $ 165 | | $ 185 | | $ 185 | | $ 185 | | $ 185 | | $ 185 | $ 1,090 |
| Printing and Reproduction | $ 149 | $ 149 | $ 149 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 150 | $ 1,797 |
| Storage Trailer Rent | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 350 | $ 4,200 |
| Telephone/ Internet | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,700 | $ 1,700 | $ 1,700 | $ 1,700 | $ 1,700 | $ 1,700 | $ 1,700 | $ 1,700 | $ 20,100 |
| Advertising | $ 112 | $ 112 | $ 112 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 115 | $ 1,371 |
| Franchise & Other Fees | | | | $ 28,000 | | | | | $ 26,000 | | | $ 28,000 | $ 82,000 |
| Management Fee | | | $ 13,000 | | | | $ 14,000 | | | | | $ 12,000 | $ 39,000 |
| Insurance | | $ 25,000 | $ 9,000 | | | | | | $ 9,000 | | | $ 9,000 | $ 52,000 |
| Landscaping/Snow Plowing | $ 245 | $ 245 | $ 245 | $ 245 | $ 245 | $ 245 | $ 245 | $ 245 | $ 245 | $ 245 | $ 6,000 | $ 245 | $ 8,695 |
| Payroll taxes | | $ 10,000 | | $ 10,000 | | $ 9,500 | | $ 9,500 | | $ 9,500 | | $ 10,000 | $ 58,500 |
| Repairs & Maintenance | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 1,625 | $ 19,500 |
| Professional Fees | | | | | | | | | | $ 50,000 | | | $ 50,000 |
| Property Tax | | $ 58,000 | | | | | | | | | | | $ 58,000 |
| Travel | $ 300 | $ 300 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 400 | $ 4,600 |
| Electric | $ 36,000 | | | | $ 36,000 | | | | | $ 36,000 | | | $ 108,000 |
| Garbage disposal | $ 1,250 | | $ 1,250 | | $ 1,250 | | $ 1,250 | | | $ 1,250 | $ 1,250 | | $ 7,500 |
| Gas | $ 6,500 | | | | $ 6,500 | | | | | $ 7,000 | | | $ 20,000 |
| Water | | $ 9,800 | | | $ 9,800 | | | | | $ 10,000 | | | $ 29,600 |
| **Total Expenses** | $ 58,068 | $ 145,483 | $ 43,668 | $ 77,227 | $ 67,667 | $ 48,852 | $ 22,217 | $ 96,752 | $ 67,417 | $ 97,752 | $ 20,122 | $ 108,627 | $ 853,852 |
| **Net Cash Flow** | $ 17,012 | $ (73,878) | $ 71,615 | $ (8,947) | $ (387) | $ 18,428 | $ 77,381 | $ (38,072) | $ (8,737) | $ (36,072) | $ 48,558 | $ (4,594) | $ 62,307 |
| **Ending Cash** | $ 190,072 | $ 116,194 | $ 187,809 | $ 178,862 | $ 178,475 | $ 196,903 | $ 274,284 | $ 236,212 | $ 227,475 | $ 191,403 | $ 239,961 | $ 235,367 | $ 235,367 |

4082598.2