| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>RIKER, DANZIG, SCHERER, HYLAND<br>& PERRETTI LLP<br>Joseph L. Schwartz (JS-5525)<br>Kevin J. Larner (KL-8627)<br>Tara J. Schellhorn (TS-8155)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>(973) 538-0800<br><br>Proposed Counsel to Debtor | |
| In re:<br><br>RARITAN HOSPITALITY, LLC,<br><br>                                                Debtor. | Hon. Kathryn C. Ferguson, U.S.B.J.<br><br>Case No. 10-42099 (KCF)<br><br>Chapter 11 |

*Order Filed on 11/29/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

### THIRD INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: 11/29/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: RARITAN HOSPITALITY, LLC
Case Nos.: 10-42099 (KCF)
Caption of Order: THIRD INTERIM ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL AND PROVIDING ADEQUATE PROTECTION
_____

Upon the Debtor's Motion[1] for entry of interim and final orders pursuant to 11 U.S.C. §§ 105, 361 and 363 and Fed. R. Bankr. P. 4001 approving the use of cash collateral, providing adequate protection and setting a final hearing pursuant to Fed. R. Bankr. P. 4001 (the "Motion"); and the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (iii) good and sufficient notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and for the reasons set forth by the Court on the record on November 10, 2010, the Court having entered an Interim Order Authorizing the Use of Cash Collateral, Providing Adequate Protection and Setting a Final Hearing on November 10, 2010 (the "Interim Order"); and the Court having authorized the Debtor's continued use of cash collateral in accordance with the Interim Order through November 30, 2010; and the Debtor and Lifco Hotels, LLC having consented to the Debtor's continued use of cash collateral in accordance with the Interim Order through December 13, 2010; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED that:

1.      The Debtor is authorized to use Lifco's cash collateral in accordance with the budget annexed to the Interim Order for the period through and including December 13, 2010.

2.      The Court shall conduct a final hearing on the Motion on December 13, 2010 at 2:00 p.m.

3.      This Order shall be effective immediately upon its entry.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4093184.1

*Approved by Judge Kathryn C. Ferguson November 29, 2010*